# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

========================

## NO.  03-04-00641-CV

========================

### CitiBank (South Dakota) N.A.,  Appellant

### v.

### Julia A. Hanke, Appellee

---

**FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
NO. 24670, HONORABLE JOHN L. PLACKE, JUDGE PRESIDING**

---

## C O N C U R R I N G   O P I N I O N

I concur in the judgment only.  *See* Tex. R. App. P. 47.5.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Filed:  April 14, 2006